# DNZ
## DORF NELSON & ZAUDERER LLP

The International Corporate Center, 555 Theodore Fremd Avenue, Rye, NY 10580

Telephone: 914.381.7600 · www.dorflaw.com · Facsimile: 914.381.7608

September 25, 2023

**VIA ECF**
**(LETTER MOTION)**

The Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:   *Gelber v. Yangaroo Inc.* et al.
               No. 23-cv-07120 (LGS)

Dear Judge Schofield:

My firm represents Plaintiff in the above captioned matter. We write to respectfully inform the Court that Defendants have not yet been formally served; we are waiting for Defendants' counsel to get back to us regarding a waiver of service. Accordingly, we respectfully request that the Court adjourn the initial conference, currently scheduled for October 4, 2023, for at least one (1) month. This is Plaintiff's first request for an extension of this date. This request for an adjournment does not affect any other scheduled dates.

Thank you.

Respectfully submitted,

Andrew P. Marks

Application GRANTED in part and DENIED in part. The initial pre-trial conference scheduled for October 4, 2023, is adjourned to **October 11, 2023, at 4:20 P.M.** Plaintiff shall promptly make service on Defendants or obtain a waiver of service. If service is made by **October 4, 2023**, then by that date the parties shall file the joint status letter and proposed case management plan. If service has not been made by that date, Plaintiff shall file a status letter by **October 4, 2023**, explaining why service has not yet been made on Defendants.

Dated: September 26, 2023
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE