**KAUFMAN DOLOWICH**

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

**Rashmee Sinha, Esq.**
Tel: (516) 283-8756
Email: rsinha@kdvlaw.com

**Taimur Alamgir, Esq.**
Tel: (516) 283-8732
Email: talamgir@kdvlaw.com

September 27, 2023

> Defendant shall answer, move or otherwise respond to the Complaint by **October 30, 2023**. Per the Order at Dkt. 11, the initial pre-trial conference shall take place on October 11, 2023, at 4:20 P.M., and the parties shall file their pre-conference materials by October 4, 2023.
>
> So Ordered.
>
> Dated: September 28, 2023
> New York, New York
>
> _/s/ Lorna G. Schofield_
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

**VIA ECF**
Hon. Lorna G. Schofield – U.S.D.J
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: **Evan Gelber v. Yangaroo, Inc. and Grant Schuetrumpf**
**Civil Action No.: 23-civ-7120 (LGS)**

Dear Judge Schofield:

This firm represents the Defendants, Yangaroo, Inc. and Grant Schuetrumpf ("Defendants"), in the above referenced matter. We write with the consent of Plaintiff's counsel, to request an adjournment of the Initial Conference currently scheduled for October 4, 2023. We have conferred with Plaintiff's counsel and all parties are available to appear on November 7, 8 or 9, 2023 or in the following week on November 13, 14, or 16 or any other time that is convenient for the Court.

The Initial Conference was scheduled prior to our firm's retention to defend the claims alleged in this matter. Defendant's Answer has not yet been submitted to the Court. We request the Court's approval of an extension of Defendant's time to answer or otherwise move with respect to the Complaint pursuant to a Stipulation executed between the parties for on or before October 30, 2023. In addition, as the parties are attempting to resolve this matter, we request that the filing of the joint letter due tomorrow, September 27, 2023 is adjourned to November 1, 2023.

This is the parties' first request for adjournment of the Initial Conference and extension of time to file a joint letter. The parties have not requested any adjournments of any other Court-scheduled conferences or appearances in this action. Opposing Counsel consents to this request.

We appreciate Your Honor's time and attention to this adjournment application.

Respectfully submitted,
**Kaufman Dolowich & Voluck, LLP**

_/s/ Rashmee Sinha_

Rashmee Sinha
Taimur Alamgir

cc: All Counsel - *via ECF*

1