UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSAN MARA GELLER,<br><br>                      Plaintiff,<br><br>v.<br><br>YANGAROO INC, et al.,<br><br>                      Defendants. | 23 Civ. 7120 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On February 26, 2024, after receiving notification that the parties had reached a settlement in principle, the Court ordered this action dismissed without prejudice to the right to reopen within thirty days if the settlement was not consummated. *See* ECF No. 32. On April 4, 2024, the Court reopened the case for the purpose of substituting Susan Mara Geller, as Executrix for the Estate of Evan Gelber, as the Plaintiff in this action. *See* ECF No. 34. The Court gave the parties until May 5, 2024 to notify the Court if settlement was not consummated. *See id.* As no notification was received by that date, this matter is hereby closed.

The Clerk of Court is respectfully requested to terminate this case.

SO ORDERED.

Dated: December 26, 2024
       New York, New York

                                                       DALE E. HO
                                          United States District Judge